IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
40) STEVEN BURGOS-CASTRO
Defendant

CRIMINAL 12-0192-40CCC

# ORDER

Having considered the Motion to Suppress Evidence filed by defendant [40] Steven Burgos Castro (D.E. 1304), as amended (D.E. 1313), the United States' Response in Opposition (D.E. 1374), the Report and Recommendation filed by U.S. Magistrate-Judge Camille L. Vélez-Rivé (**D.E. 1694**), and defendant's objections to said Report and Recommendation (D.E. 1702), as well as the relevant case law, said Report and Recommendation is APPROVED and ADOPTED and defendant's Motion to Suppress Evidence (**D.E. 1304**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on July 24, 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge